MARKEL, Deceased. ARNOLD MARKEL and Others, Individually and as Executors and Trustees of JACOB L. MARKEL, Deceased, Respondents. In the Matter of the Application of MIRIAM MARKEL, Petitioner-Appellant, Surviving Spouse of JACOB L. MARKEL, Deceased, for a Decree Directing the Executors of the Estate of JACOB L. MARKEL, Deceased, to Set off and Make Payment of the Sum of $300, the Value of the Exemption as Provided by the Surrogate's Court Act. ARNOLD MARKEL and Others, Individually and as Executors and Trustees of JACOB L. MARKEL, Deceased, Respondents.— Decrees unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 570; Id. 573.]

BRITISH & DOMINIONS FILM CORPORATION, LTD., Appellant, v. WILSON COLLISON and Another, Defendants, Impleaded with HOPWOOD PLAYS, INC., Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MORRIS L. IDELEVITZ, Appellant, v. HERBERT L. PRATT and " EDWARD " H. CRAWFORD, First Name Fictitious, Person Intended Known as E. H. CRAWFORD, Respondents, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of MARCELLA CULLEN, of Lyndhurst, 1051 Beechwood Boulevard, Pittsburgh, Pennsylvania, and JOHN J. DWYER, of 327 West 76th Street, in the City, County and State of New York, Ancillary Administrator, etc., of SARAH MURPHY, Late of Caltra, Caherlistrane, County Galway, Ireland, Deceased, for an Order Directing Payment to Them in Equal Shares, of Money Deposited in the Treasury of the City of New York, to the Credit of WILLIAM CULLEN and ESTHER CULLEN, as Next of Kin of ANNA CULLEN, Also Known as ANNIE CULLEN, Late of the County of New York, Deceased. MARCELLA CULLEN and JOHN J. DWYER, Administrator, Appellants; THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDWARD H. BELT, Respondent-Appellant, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM and THE CITY OF NEW YORK, Appellants-Respondents.— Determination, in so far as it affirms the judgment of the City Court, unanimously affirmed, with costs and disbursements to the plaintiff. Determination, in so far as it affirms that part of the order of the City Court which grants the motion of the defendant, The City of New York, to intervene unanimously reversed, and the said motion denied. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DEGRANDIS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROSE GILBERT and MAX GILBERT, Respondents, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint against the defendant-appellant.

WILLIAM J. SIMPSON, Respondent, v. PAUL J. KERN, President, FERDINAND Q. MORTON and WALLACE S. SAYRE, as Commissioners, Constituting the Municipal